IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>　　　　Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | Case No. 1:21-rj-00008 |
| Kieuly Voong<br>(a member of the Defendant Class of Net Winners) in ZeekRewards.com);<br>Todd Disner, et al,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| First Bank Holding Co.,<br>　　　　Garnishee | )<br>) | |

### JUDGMENT CREDITOR'S MOTION FOR ENTRY OF JUDGMENT IN GARNISHMENT ACTION AND BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell ("Judgment Creditor") files this Motion for Entry of Judgment in Garnishment Action and Brief in Support and shows the Court the following:

1.　　Judgment Creditor owns and holds a valid and subsisting outstanding judgment against Kieuly Voong. That judgment was issued and entered by the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM (the "Underlying Judgment"). In the Underlying Judgment, Matthew E. Orso, in his

capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell was awarded judgment against Hai Pham ("Judgment Debtor") for the sum of $5,654.35 together with post-judgment interest at the rate of 1.22% per annum. Judgment Creditor is the assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell and is the current owner and holder of the Underlying Judgment.

2. The time for appeal of the Underlying Judgment previously expired. On March 8, 2021, Judgment Creditor registered the Underlying Judgment in this Court. On June 6, 2021, Judgment Creditor filed an Application for a Writ of Garnishment in this action reflecting, among other things, that the Underlying Judgment was unpaid and that the applicable grounds for issuing a writ of garnishment had been met. On June 7, 2021, a Writ of GarnishmentAfter Judgment ("Writ of Garnishment") was issued in this action.

3. Judgment Defendant was served by mail with Writ of Garnishment with Notice of Exemption and Pending Levy on June 10, 2021.

4. On June 21, 2021, First Bank Holding Co. filed an Answer to the Writ of Garnishment. In its Answer, First Bank Holding Co. stated that it was indebted to Judgment Debtor in the amount of $5,920.08. Judgment Debtor was previously served with a copy of the Application for a Writ of Garnishment and the Writ of Garnishment but has not appeared in this action.

5. In accordance with Rule 69 of the *Federal Rules of Civil Procedure,* Judgment Creditor moves this Court to enter judgment regarding the $5,920.08 indebtedness described in the Answer. *See id.* Plaintiff requests that the Bank send the funds payable to Robert C.

Newark, III, IOLTA Account.

WHEREFORE, Judgment Creditor requests that the Court enter the Judgment, and grant Judgment Creditor such other and further relief to which it is or may be entitled.

RESPECTFULLY SUBMITTED,

A Newark Firm, LLC
2500 S. Broadway, Ste 128
Edmond, OK  73013
Telephone: (866)230-7236
Facsimile: (888)316-3398
Email: office@newarkfirm.com

By: /s/Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
Oklahoma Bar No. 21992
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on September 2, 2021, the foregoing document was served electronically via the CM/ECF system on all parties and counsel of record who have e-mail addresses on file with the electronicfiling manager.

Kieuly Voong
7251 E 53rd Pl
Commerce City, CO  80022

Kaylann Zeller
First Bank Holding Co.
12345 W. Colfax
Lakewood, CO  80215

/s/Robert C. Newark, III
Robert C. Newark, III