# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Case No. 21-rj-00008-RM

Nationwide Judgment Recovery, Inc.
as assignee of Matthew E. Orso, in
his capacity as successor court appointed Receiver for Rex Venture
Group, LLC d/b/a ZeekRewards.com
for Receiver Kenneth D. Bell,

    Plaintiff,

Kieuly Voong
(a member of the Defendant Class of
Net Winners) in ZeekRewards.com);
Todd Disner, et al,

    Defendant.

First Bank Holding Co.,

    Garnishee
_____

## GARNISHEE ORDER
_____

After consideration of the Motion for Entry of Judgment in Garnishment Action (ECF No. 15) of Plaintiff-Judgment Creditor Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell ("Judgment Creditor") and the other papers on file in this action, the Court renders judgment in this garnishment action as set out below.

Judgment Creditor owns and holds a valid and subsisting outstanding judgment against Kieuly Voong. That judgment was issued and entered by the United States District Court of the

Western District of North Carolina; Cause Number 3:14-cv-00091-GCM (the "Underlying Judgment"). In the Underlying Judgment, Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell (the plaintiff in that case) was awarded judgment against Kieuly Voong ("Judgment Debtor") for the sum of $5,654.35 together with post-judgment interest at the rate of 1.22% per annum. Judgment Creditor is an assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell and is the current owner and holder of the Underlying Judgment.

The time for appeal of the Underlying Judgment previously expired. On March 8, 2021, Judgment Creditor registered the Underlying Judgment in this Court. On June 6, 2021, Judgment Creditor filed an Application for a Writ of Garnishment in this action reflecting, among other things, that the Underlying Judgment was unpaid and that the applicable grounds for issuing a writ of garnishment had been met. On June 8, 2021, a Writ of Garnishment After Judgment ("Writ of Garnishment") was issued in this action.

On June 21, 2021, First Bank Holding Co, filed an Answer to the Writ of Garnishment. In its Answer, First Bank Holding Co, stated that it was indebted to Judgment Debtorin the amount of $5,920.08. Judgment Debtor was previously served with a copy of the Application for a Writ of Garnishment and the Writ of Garnishment but has not appeared in this action.

Accordingly, pursuant to the findings of the Court recited above, the Court hereby enters judgment in this action as follows.

IT IS THEREFORE ORDERED that Judgment Creditor recovers from First Bank Holding Co,. the sum of $5,920.08 and that First Bank Holding Co,. shall pay that sum to

Judgment Creditor within ten (10) days after entry of this Judgment.

AND IT IS FURTHER ORDERED that, effective upon its making of the above described payment of $5,920.08 to Judgment Creditor, First Bank Holding Co, and all of its subsidiaries and affiliated entities will be discharged of all liability regarding the above described $5,920.08, including liability to Kieuly Voong and affiliated entities and/or any other entities. Such discharge of liability is without prejudice to Judgment Creditor's right to garnish First Bank Holding Co, its subsidiaries and affiliated entities or any other person or entity in the future with regard to other debts and/or money belonging to or owed to Judgment Debtor.

AND IT IS FURTHER ORDERED that the costs of court in this action are taxed against Judgment Debtor.

AND IT IS FURTHER ORDERED that any relief requested in this action which is not expressly granted herein is hereby denied, and that this judgment disposes of all claims to the above-described $5,920.08 fund in this action and is appealable.

Dated this 16th day of September, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge